NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 12a0106n.06

**No. 09-1843**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

FILED

*Jan 31, 2012*

LEONARD GREEN, Clerk

| | | |
|---|---|---|
| **MICHAEL TAYLOR,** | ) | |
| | ) | |
| **Petitioner-Appellant,** | ) | |
| | ) | **ON APPEAL FROM THE** |
| **v.** | ) | **UNITED STATES DISTRICT** |
| | ) | **COURT FOR THE EASTERN** |
| **CAROL HOWES,** | ) | **DISTRICT OF MICHIGAN** |
| | ) | |
| **Respondent-Appellee.** | ) | |

**BEFORE: MARTIN, SUHRHEINRICH and COLE; Circuit Judges.**

**PER CURIAM.** Michael Taylor, a Michigan prisoner, appeals from the order of the district court denying his petition for writ of habeas corpus under 28 U.S.C. § 2254. On appeal Taylor argues that the state trial court's refusal to declare a mistrial after a witness gave improper testimony violated his Due Process right to a fair trial and that its application of the sadism sentencing guidelines deprived him of his Due Process liberty interest. After carefully reviewing the district court's opinion, the record, and the applicable law, and having heard oral argument, we are satisfied that the issues were thoroughly and correctly resolved by the district court. We therefore **AFFIRM** the decision of the district court dated May 29, 2009, denying Taylor's petition for writ of habeas corpus, for the reasons stated in that opinion.